IN THE SUPREME COURT OF TEXAS
 
 
 
 No. 10-0324
 
 
 Leslie Durio Pool v. Danae Durio Diana
 
 On Motion for Extension of Time to File Petition For Review
 

 ORDER

 1. The petitioner's motion to extend time to file petition for review, filed on May 10, 2010, is ABATED.
 2. The motion is removed from the Court's active docket. It is the parties' responsibility to immediately notify this Court once the court of appeals' decision is final. See Tex. R. App. P. 53.7(a).

 Done at the City of Austin, this 18[th] day of May, 2010.

Blake A. Hawthorne, Clerk
Supreme Court of Texas

By Jessica Hamby, Deputy Clerk